JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICHAEL GARCIA,<br><br>             Plaintiff,<br><br>     v.<br><br>ARMIN, O'CONNER AND BOCH, LLC,<br><br>             Defendants. | Case No. EDCV 19-1882 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed concurrently herewith, the Court GRANTS Plaintiff's motion for default judgment against Defendant Armin, O'Conner and Boch, LLC.  Judgment is entered as follows:

1.    Plaintiff is AWARDED damages in the amount of $3,500.

2.    Plaintiff is AWARDED $3,835.50 in attorneys' fees and $452.50 in costs.

3.    Plaintiff is ORDERED to mail or personally serve a copy of this judgment and the Order to Defendant.  Plaintiff shall file Proof of Service with the Court within ten days of the date of this order.

December 3, 2020                                              Jesus G. Bernal, U.S. District Judge